# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**FILED OCT 04 2016**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

## *Conciliation Conference:*

- **Debtor:** ROGER M. & SARAH M. BRANK
- **Case Number:** 15-23890-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 29, 2016 02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#16 - Continued Confirmation of Plan Dated 11/17/2015 (NFC)
R / M #:  16 / 0

## *Appearances:*

J. Steidl

- Debtor:
- Trustee: Winnecour / Bedford / (Pail) / Katz
- Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, _____ effective _____.
7. __X__ Plan/Motion continued to 3/0/17 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2016   1:12:25PM