FILED
10/27/16 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23890-GLT |
| Roger M. Brank | : | Chapter 13 |
| Sarah M. Brank, | : | Docket No. 32 |
| Debtors | : | |
| Roger M. Brank | : | Related to Docket No. 61 |
| Sarah M. Brank, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Rushmore Loan Management, LLC, | : | |
| Respondent | : | |

## ORDER

A *Loss Mitigation Order* dated  January 6, 2016  , was entered in the above matter at Document No.  32 . On  October 17, 2016  , a *Second Motion to Extend the Loss Mitigation Period* was filed by Debtors at Document No. ___.

*AND NOW*, this 27th Day of October, 2016  , it is hereby *ORDERED, ADJUDGED AND DECREED* that the loss mitigation period is *extended up to and including*  November 23, 2016.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                                                      Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Roger M. Brank  
Sarah M. Brank  
    Debtors

Case No. 15-23890-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Nov 16, 2016  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.  
db/jdb         +Roger M. Brank,    Sarah M. Brank,    155 High Street,    Avonmore, PA 15618-1281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2016 at the address(es) listed below:

         Andrew F Gornall     on behalf of Creditor     US Bank, National Association, Et Al...  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Kenneth Steidl     on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
         Kenneth Steidl     on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                           TOTAL: 5