IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
NOV 23 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                : Case No.: 15-23890-GLT
                                                      : Chapter: 13
Roger M. Brank                                        :
Sarah M. Brank                                        :
                                                      :
                                                      : Date:   11/23/2016
        *Debtor(s).*                                  : Time:   09:00

## PROCEEDING MEMO

**MATTER:** #57 - Status Conference to Determine Final Loan Modification (#32/26)
(Rushmore Loan Management)   (LMP Over 120 Days)
#63 - LMP Status Report filed by Debtors

**APPEARANCES**:
    Debtor:      Julie Steidl
    Trustee:     Richard Bedford
    Rushmore:    Matthew McClelland

**NOTES:**

McClelland - Received all trial payments due under the interim modification order. Loan is currently under review for a final loan modification. The target date to provide a final offer is December 1. This information has been communicated over the portal.

**OUTCOME:**

1. Rushmore to render a decision regarding a final loan modification offer within 14 days. Debtors to file a motion to approve loan modification or, alternatively, a final LMP report within 14 days of receipt of a final offer.
2. LMP period extended for 60 days.
(Text Orders to issue).

**DATED:** 11/23/2016