# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Roger M. Brank and Sarah M. Brank | CHAPTER 13
       Debtor(s)

BKY. NO. 15-23890

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2012-5T, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0596

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant