IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23890-GLT |
| Roger M. Brank | : | Chapter 13 |
| Sarah M. Brank, | : | |
| Debtors | : | Related to Docket No. 75 |
| Roger M. Brank | : | |
| Sarah M. Brank, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Rushmore Loan Management, LLC, | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 17, 2017, a true and correct copy of the *Modified Default Order of Court* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Andrew F. Gornall, Esq.
KML Law Group, P.C.
PO Box 55004
Irvine, CA 92619-2708

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

Roger M. Brank
Sarah M. Brank
155 High Street
Avonmore, PA 15618

Date of Service:      January 17, 2017      /s/ Jessica Barlow_____
Jessica Barlow
Paralegal
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
jbarlow@steidl-steinberg.com