# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | ROGER M. & SARAH M. BRANK |
| Case Number: | 15-23890-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 02, 2017 02:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*RECEIVED 2017 FEB -3 P 1:14 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

### Matter:

#16 - Continued Confirmation of Plan Dated 11-17-15 (NFC)
R / M #: 16 / 0

### Appearances:

Debtor: *[signature] Steidl*
Trustee: Winnecour / **Bedford** / Pail / Katz
Creditor:

### Proceedings:

*Amended plan is due 2-6-17 per 1-12-17 order.*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __2-6-17__.
    Objections are due on or before __3-9-17__.
    A hearing on the Amended Plan is set for __3-16-17__ at __1:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/27/2017   4:16:58PM