IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Roger M. Brank | ) | Case No. 15-23890-GLT |
| Sarah M. Brank, | ) | Chapter 13 |
| Debtor(s) | ) | Related Doc. |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE FOR AMENDED PLAN AND ORDER OF COURT DATED FEBRUARY 3, 2017

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) February 8, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See attached mailing matrix.

Respectfully submitted,

February 8, 2017             /s/ Kenneth Steidl
DATE                         Kenneth Steidl, Esquire
                             Attorney for the Debtor

                             STEIDL & STEINBERG
                             707 Grant Street
                             Suite 2830, Gulf Tower
                             Pittsburgh, PA 15219
                             (412) 391-8000
                             Ken.steidl@steidl-steinberg.com
                             PA I.D. No. 34965

**PAWB Local Form 7 (07/13)**

```
Label Matrix for local noticing        Roger M. Brank                          Sarah M. Brank
0315-2                                 155 High Street                         155 High Street
Case 15-23890-GLT                      Avonmore, PA 15618-1281                 Avonmore, PA 15618-1281
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Oct 27 18:15:50 EDT 2015

Chrysler Financial                     Hellig Meyers                           (p)INTERNAL REVENUE SERVICE
4600 Touchton Road                     c/o Palisades Collections               CENTRALIZED INSOLVENCY OPERATIONS
Suite 400                              P.O. Box 40728                          PO BOX 7346
Jacksonville, FL 32246-8299            Houston, TX 77240-0728                  PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC       Office of the United States Trustee     Pennsylvania Department of Revenue
PO BOX 7999                            Liberty Center.                         Bankruptcy Division
SAINT CLOUD MN 56302-7999              1001 Liberty Avenue, Suite 970          P.O. Box 280946
                                       Pittsburgh, PA 15222-3721               Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue          Peoples TW Phillips Gas                 Kenneth Steidl
Department 280946                      205 North Main Street                   Steidl & Steinberg
P.O. Box 280946                        Butler, PA 16001-4904                   Suite 2830 Gulf Tower
ATTN: BANKRUPTCY DIVISION                                                      707 Grant Street
Harrisburg, PA 17128-0946                                                      Pittsburgh, PA 15219-1908


US Bank                                Verizon                                 Walmart & GE Capital Retail Bank
c/o Rushmore Loan Management Services  c/o American Infosource                 c/o Midland Funding
P.O. Box 52708                         P.O. Box 248838                         8875 Aero Drive
Irvine, CA 92619-2708                  Oklahoma City, OK 73124-8838            Suite 200
                                                                               San Diego, CA 92123-2255


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                  The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service               Jefferson Capital Systems               End of Label Matrix
P.O. Box 21125                         P.O. Box 7999                           Mailable recipients   15
Philadelphia, PA 19114                 Saint Cloud, MN 56302-9617              Bypassed recipients    0
                                                                               Total                 15
```