# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** ROGER M. & SARAH M. BRANK
- **Case Number:** 15-23890-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 16, 2017 01:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#81 - Amended Plan Dated 2-3-17 (NFC)
R / M #: 81 / 0

*RECEIVED 2017 MAR 17 P 1:05 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

### Appearances:

- **Debtor:** A. Steidl
- **Trustee:** Winnecour / (Bedford) / Pail / Katz
- **Creditor:** Gap in payments Nov - March but a triple pmt Rec'd this month.

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __4-27-17__ at __1:30__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/9/2017    8:59:57AM