Case 15-23890-GLT    Doc 100    Filed 02/01/18    Entered 02/01/18 14:10:40    Desc Main
Document    Page 1 of 1

FILED
2/1/18 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** ROGER M. & SARAH M. BRANK
**Case Number:** 15-23890-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 01, 2018 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#96 - Trustee's Certificate of Default to Dismiss
#99 - Response by Debtor
R / M #: 96 / 0

### Appearances:

Debtor: A. Seidl
Trustee: Winnecour / Pal / Katz

Creditor:

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.

8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. ____ Contested Hearing: _____ at _____.
10. ✓ Other: Resolved through recommended order

1/25/2018   9:07:33AM