IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Roger M. Brank | ) | Case No. 15-23890-GLT |
| Sarah M. Brank, | ) | Chapter 13 |
| *Debtors* | ) | |
| | ) | |
| | ) | |
| Sarah M. Brank, | ) | Related to Document No. 104 |
| Social Security No. XXX-XX- 6357 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Armstrong Home Improvements and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 6, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Armstrong Home Improvements
Attn: Payroll Department
155 High Street
Avonmore, PA 15618

Date of Service:     February 6, 2018      /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            STEIDL & STEINBERG
                                            28th Floor, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com