UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA– PITTSBURGH DIVISION

| | |
|---|---|
| In Re: ROGER M. BRANK & SARAH M. BRANK<br><br>Debtor(s). | Case No.: 15-23890-GLT<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

---

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

**1**
REQUEST FOR NOTICE

|     |     |     |
| --- | --- | --- |
| 1   | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2   | SN Servicing Corporation | BKNotices@snsc.com |
|     | 323 5th Street |     |
| 3   | Eureka, CA 95501 |     |
| 4   |     |     |
| 5   |     |     |
| 6   | Dated:  March 6, 2019 | By: /s/ Kathy Watson |
|     |     | Kathy Watson |
| 7   |     | c/o SN Servicing Corporation |
| 8   |     | Bankruptcy Asset Manager |
|     |     | 323 5th Street |
| 9   |     | Eureka, CA 95501 |
|     |     | 800-603-0836 |
| 10  |     | BKNotices@snservicing.com |

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA– PITTSBURGH DIVISION

| | |
|---|---|
| In Re: ROGER M. BRANK & SARAH M. BRANK | ) Case No.: 15-23890-GLT ) ) CHAPTER 13 ) |
| Debtor(s). | ) **REQUEST FOR NOTICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

**1**
CERTIFICATE OF SERVICE

On March 6, 2019 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Roger M. Brank<br>155 High Street<br>Avonmore, PA 15618<br><br>**Joint Debtor**<br>Sarah M. Brank<br>155 High Street<br>Avonmore, PA 15618<br><br>**Debtor's Counsel**<br>Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | **Trustee**<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br><br>**U.S. Trustee**<br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2019 at Santa Ana, California

*/s/ David Tragarz*
David Tragarz

**2**
CERTIFICATE OF SERVICE