Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Roger M. Brank
fdba Brank Construction
Sarah M. Brank**
  Debtor(s)

Bankruptcy Case No.: 15–23890–GLT
Related to Docket No. 111
Chapter: 13
Docket No.: 112 – 111
Concil. Conf.: April 16, 2020 at 09:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **March 23, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **April 7, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 7, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689–4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                     Case No. 15-23890-GLT
Roger M. Brank                                             Chapter 13
Sarah M. Brank
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: jhel              Page 1 of 2         Date Rcvd: Feb 07, 2020
                             Form ID: 213            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db/jdb         +Roger M. Brank,    Sarah M. Brank,    155 High Street,    Avonmore, PA 15618-1281
cr              U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,    Santa Ana
14127230       +Chrysler Financial,    4600 Touchton Road,    Suite 400,    Jacksonville, FL 32246-8299
14127236       +Peoples TW Phillips Gas,    205 North Main Street,    Butler, PA 16001-4904
14127237       +US Bank,   c/o Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708
14142086       +US Bank, National Association, not in its individu,    Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14127231        E-mail/Text: ebn@vativrecovery.com Feb 08 2020 02:48:48     Hellig Meyers,
                 c/o Palisades Collections,    P.O. Box 40728,    Houston, TX 77240-0728
14127232        E-mail/Text: cio.bncmail@irs.gov Feb 08 2020 02:48:42     Internal Revenue Service,
                 P.O. Box 21125,    Philadelphia, PA 19114
14127233        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 08 2020 02:49:33     Jefferson Capital Systems,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
14127234       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 08 2020 02:49:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14976139       +E-mail/Text: bknotices@snsc.com Feb 08 2020 02:50:09
                 U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
14127238        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2020 03:40:38      Verizon,
                 c/o American Infosource,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
14127239       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 08 2020 02:49:19     Walmart & GE Capital Retail Bank,
                 c/o Midland Funding,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank, National Association, Et Al...
14127235*      +Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14129959*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    US Bank, National Association, Et Al...
               andygornall@latouflawfirm.com
              Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              James Warmbrodt    on behalf of Creditor    US Bank, National Association, Et Al...
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
```

```
District/off: 0315-2           User: jhel              Page 2 of 2              Date Rcvd: Feb 07, 2020
                               Form ID: 213            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth Steidl    on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

        Matthew John McClelland    on behalf of Creditor   US Bank, National Association, Et Al... bkgroup@kmllawgroup.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 8