# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
6/23/20 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** ROGER M. & SARAH M. BRANK
- **Case Number:** 15-23890-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 18, 2020 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#111 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  111 / 0

## Appearances:

- **Debtor:** A. Steidl (signature)
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:**

## Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. _X_ Other:

Trustee's COD / Motion to Dismiss at Doc #111 is resolved by ~~proposed Confirmation of Debtor(s) Amended Plan /~~ proposed Order reflecting plan changes.