UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ROGER M. BRANK<br>SARAH M. BRANK<br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>        Movant<br>   vs.<br>ROGER M. BRANK<br>SARAH M. BRANK<br>        Respondent(s) | Case No. 15-23890GLT<br>Chapter 13<br><br>Related to Document No. __111__ |

## ORDER

AND NOW, this 23rd day of June 2020, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, *ADJUDGED and DECREED*:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

   (1) the time deadline provided by state law; or

   (2) 30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of N/A months; the monthly plan payment amount is changed to $ 3132 effective 7/20

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[ ] Other: _____
_____
_____
_____
_____
_____

Dated: _____

FILED
6/23/20 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____  jah
Gregory L. Addonio
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-23890-GLT
Roger M. Brank                                                        Chapter 13
Sarah M. Brank
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Jun 23, 2020
                              Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db/jdb         +Roger M. Brank,   Sarah M. Brank,   155 High Street,   Avonmore, PA 15618-1281
cr              U.S. Bank Trust National Association as Trustee of,   Law Offices of Michelle Ghidotti,
                 1920 Old Tustin Avenue,   Santa Ana
14127230       +Chrysler Financial,   4600 Touchton Road,   Suite 400,   Jacksonville, FL 32246-8299
14127236       +Peoples TW Phillips Gas,   205 North Main Street,   Butler, PA 16001-4904
14127237       +US Bank,   c/o Rushmore Loan Management Services,   P.O. Box 52708,   Irvine, CA 92619-2708
14142086       +US Bank, National Association, not in its individu,   Rushmore Loan Management Services,
                 P.O. Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14127231        E-mail/Text: ebn@vativrecovery.com Jun 24 2020 04:32:28     Hellig Meyers,
                 c/o Palisades Collections,   P.O. Box 40728,   Houston, TX 77240-0728
14127232        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 24 2020 04:32:20     Internal Revenue Service,
                 P.O. Box 21125,   Philadelphia, PA 19114
14127233        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 24 2020 04:33:33     Jefferson Capital Systems,
                 P.O. Box 7999,   Saint Cloud, MN 56302-9617
14127234       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 04:32:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14976139       +E-mail/Text: bknotices@snsc.com Jun 24 2020 04:34:15
                 U.S. Bank Trust National Association, as Trustee,   C/O SN Servicing Corp.,   323 5th Street,
                 Eureka, CA 95501-0305
14127238        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 24 2020 04:42:30     Verizon,
                 c/o American Infosource,   P.O. Box 248838,   Oklahoma City, OK 73124-8838
14127239       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2020 04:33:11     Walmart & GE Capital Retail Bank,
                 c/o Midland Funding,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               US Bank, National Association, Et Al...
14127235*       +Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
14129959*        Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    US Bank, National Association, Et Al...
           andygornall@latouflawfirm.com
          Brian E. Caine    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           Chalet Series III Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          James Warmbrodt    on behalf of Creditor    US Bank, National Association, Et Al...
           bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com

```
District/off: 0315-2           User: jhel                 Page 2 of 2                  Date Rcvd: Jun 23, 2020
                               Form ID: pdf900            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kenneth   Steidl    on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Matthew John McClelland    on behalf of Creditor    US Bank, National Association, Et Al...
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                               TOTAL: 8