FILED
10/19/20 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Roger M. Brank<br>Sarah M. Brank<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br><br>    vs.<br>Roger M. Brank<br>Sarah M. Brank<br>    Respondent(s) | Case No. 15-23890 GLT<br>Chapter 13<br><br>Related to Dkt. No. 123 |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S MOTION TO DISMISS
(MODIFIED PROCEDURES FOR REMOTE PARTICIPATION)
EFFECTIVE OCTOBER 1, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **November 5, 2020,** (i.e., twenty (20) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

**A video conference** hearing will be held on **November 18, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio.** All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| <u>10/16/2020</u><br>Date | <u>/s/Ronda J. Winnecour</u><br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566 |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Roger M. Brank  
Sarah M. Brank  
    Debtor(s)

Case No. 15-23890-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 2  
Date Rcvd: Oct 19, 2020      Form ID: pdf900      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger M. Brank, Sarah M. Brank, 155 High Street, Avonmore, PA 15618-1281 |
| cr | | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana |
| 14127230 | + | Chrysler Financial, 4600 Touchton Road, Suite 400, Jacksonville, FL 32246-8299 |
| 14127236 | + | Peoples TW Phillips Gas, 205 North Main Street, Butler, PA 16001-4904 |
| 14127237 | + | US Bank, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14142086 | + | US Bank, National Association, not in its individu, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14127231 | | Email/Text: ebn@vativrecovery.com | Oct 20 2020 02:02:00 | Hellig Meyers, c/o Palisades Collections, P.O. Box 40728, Houston, TX 77240-0728 |
| 14127232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2020 02:02:00 | Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14127233 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2020 02:02:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14127234 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14976139 | + | Email/Text: bknotices@snsc.com | Oct 20 2020 02:03:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14127238 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2020 02:19:02 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 14127239 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:02:00 | Walmart & GE Capital Retail Bank, c/o Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank, National Association, Et Al... |
| 14127235 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14129959 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| jdb | *+ | Sarah M. Brank, 155 High Street, Avonmore, PA 15618-1281 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 15-23890-GLT  Doc 128  Filed 10/21/20  Entered 10/22/20 01:19:39  Desc
Imaged Certificate of Notice  Page 4 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020　　　　　　　　Signature:　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

**Name**　　**Email Address**

Andrew F Gornall
　on behalf of Creditor US Bank National Association, Et Al... andygornall@latouflawfirm.com

Brian Nicholas
　on behalf of Creditor US Bank National Association, Et Al... bnicholas@kmllawgroup.com

Brian E. Caine
　on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Kenneth Steidl
　on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
　on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Matthew John McClelland
　on behalf of Creditor US Bank National Association, Et Al... bkgroup@kmllawgroup.com

Office of the United States Trustee
　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　cmecf@chapter13trusteewdpa.com

TOTAL: 8