IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 15-23890 GLT |
| Roger M. Brank | ) | Chapter 13 |
| Sarah M. Brank, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Roger M. Brank | ) | |
| Sarah M. Brank, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 20, 2020 at docket numbers 126 and 127, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

November 11, 2020                                        /s/ Roger M. Brank
Date                                                                Debtor


November 11, 2020                                        /s/ Sarah M. Brank
Date                                                                Debtor

                                                      Respectfully submitted,

<u>November 16, 2020</u>                  <u>/s/ Kenneth Steidl</u>
DATE                                    Kenneth Steidl, Esquire
                                              Attorney for the Debtor

                                              STEIDL & STEINBERG
                                              707 Grant Street
                                              Suite 2830, Gulf Tower
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              [Ken.steidl@steidl-steinberg.com](mailto:Ken.steidl@steidl-steinberg.com)
                                              PA I.D. No. 34965