**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/18/20 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| In re: | : | Case No.: | 15-23890-GLT |
| --- | --- | --- | --- |
|  | : | Chapter: | 13 |
| Roger M. Brank | : |  |  |
| Sarah M. Brank | : |  |  |
|  | : | Date: | 11/18/2020 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #123 - Trustee's Motion to Dismiss Case
   #129 - Response filed by Debtors

**APPEARANCES**:
   Debtor:   Lauren Lamb
   Trustee:   Owen Katz

**NOTES:** (10:09)

Katz: We have done a recalculation and we've received payments since. Our latest calculation, based on the payments under the loan modification, is $1,062 needed to close with a December takeover. This amount includes some estimates for interest.

Lamb: Based on our discussions, I will agree with that amount and will instruct the debtor to make that payment with the December takeover.

Court: When will they be able to make that payment?

Lamb: Within the next 30 days.

Court: I will continue this to January 13 at 9 a.m.

**OUTCOME:**

1. Trustee's *Motion to Dismiss Case* [Dkt. No. 123] is CONTINUED to January 13, 2021 at 9 a.m. [Text Order to Issue]

**DATED:**   11/18/2020