IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Roger M. Brank | ) | Case No. 15-23890 GLT |
| Sarah M. Brank | ) | Chapter 13 |
|    Debtor(s) | ) | |
| _____ | ) | |
| Ronda J. Winnecour, Chapter 13 | ) | Related to Doc. No. 123 |
| Trustee, | ) | |
| | ) | |
|    Movant, | ) | |
| | ) | |
|     Vs. | ) | |
| Roger M. Brank | ) | |
| Sarah M. Brank | ) | |
|    Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on October 16, 2020 (document #123) is hereby WITHDRAWN. The hearing scheduled for January 13, 2021 is hereby CANCELLED.

Respectfully submitted,

<u>12/22/2020</u>    /s/ Ronda J. Winnecour
date    Ronda J. Winnecour (PA I.D. #30399)
    Attorney and Chapter 13 Trustee
    U.S. Steel Tower – Suite 3250
    600 Grant Street
    Pittsburgh, PA  15219
    (412) 471-5566
    cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Roger M. Brank ) | Case No. 15-23890 GLT |
| Sarah M. Brank ) | Chapter 13 |
|    Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Doc. No. 123 |
| Trustee, ) | |
| ) | |
|    Movant, ) | |
| ) | |
|    Vs. ) | |
| Roger M. Brank ) | |
| Sarah M. Brank ) | |
|    Respondent(s) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Roger M. Brank
Sarah M. Brank
155 High Street
Avonmore, PA  15618

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

12/22/2020
date

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com