**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br>   ROGER M. BRANK<br>   SARAH M. BRANK<br>           Debtor(s)<br>   Ronda J. Winnecour, Trustee<br>      Movant<br>         vs.<br>   ROGER M. BRANK<br>   SARAH M. BRANK<br><br>         Respondents | FILED<br>12/23/20 11:46 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No.15-23890GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 133 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   23rd   day of   December  2020,        it is hereby ORDERED, ADJUDGED, and DECREED that,

   Armstrong Home Improvements
   Attn: Payroll Manager
   155 High St
   Avonmore, PA 15618

is hereby ordered to immediately terminate the attachment of the wages of SARAH M. BRANK, social security number XXX-XX-6357.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SARAH M. BRANK.

BY THE COURT:

_____
GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Roger M. Brank  
Sarah M. Brank  
    Debtor(s)

Case No. 15-23890-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 2  
Date Rcvd: Dec 23, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Roger M. Brank, Sarah M. Brank, 155 High Street, Avonmore, PA 15618-1281 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**      **Email Address**

Andrew F Gornall  
     on behalf of Creditor US Bank National Association, Et Al... andygornall@latouflawfirm.com

Brian Nicholas  
     on behalf of Creditor US Bank National Association, Et Al... bnicholas@kmllawgroup.com

Brian E. Caine  
     on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Kenneth Steidl  
     on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Matthew John McClelland
        on behalf of Creditor US Bank National Association, Et Al... bkgroup@kmllawgroup.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8