**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROGER M. BRANK<br>SARAH M. BRANK<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-23890<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/26/2015 and confirmed on 12/23/15 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,814.00 |
| Less Refunds to Debtor | 241.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,572.48 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,400.00 | |
|    Trustee Fee | 4,417.46 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,817.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE OF CHAL<br>    Acct: 6388 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE OF CHAL<br>    Acct: 6388 | 10,310.00 | 10,310.00 | 0.00 | 10,310.00 |
|   US BANK TRUST NA - TRUSTEE OF CHAL<br>    Acct: 6388 | 0.00 | 51,957.20 | 0.00 | 51,957.20 |
|   US BANK TRUST NA - TRUSTEE OF CHAL<br>    Acct: 6388 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 0443 | 13,449.67 | 13,449.67 | 1,620.55 | 15,070.22 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 0443 | 4,128.76 | 4,128.76 | 497.52 | 4,626.28 |
| | | | | 81,963.70 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROGER M. BRANK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROGER M. BRANK<br>    Acct: | 241.52 | 241.52 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 0443 | 5.61 | 5.61 | 0.00 | 5.61 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 0443 | 9.70 | 9.70 | 0.00 | 9.70 |
| | | | | 15.31 |
| **Unsecured** | | | | |
|   CHRYSLER FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
|     Acct: ? | | | | |
|     PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0443 | | | | |
|     CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PALISADES ACQUISITION/PALISADES CLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     INDIAN SPRINGS EYE ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PEOPLES GAS LLC F/K/A PEOPLES TWP I | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     RIDGEVIEW VETERINARY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7471 | | | | |
|     CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3002 | | | | |
|     AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PA DEPARTMENT OF REVENUE* | 775.60 | 775.60 | 0.00 | 775.60 |
|     Acct: 0443 | | | | |
|     INTERNAL REVENUE SERVICE* | 0.41 | 0.41 | 0.00 | 0.41 |
|     Acct: 0443 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PALISADES ACQUISITION/PALISADES CLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     PALISADES ACQUISITION/PALISADES CLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
| | | | | 776.01 |

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 82,755.02 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 15.31 |
| SECURED | 27,888.43 |
| UNSECURED | 776.01 |

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROGER M. BRANK
    SARAH M. BRANK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23890

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23890-GLT |
| Roger M. Brank | Chapter 13 |
| Sarah M. Brank | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 2 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Roger M. Brank, Sarah M. Brank, 155 High Street, Avonmore, PA 15618-1281 |
| cr | | U.S. Bank Trust National Association as Trustee of, Law Offices of Michelle Ghidotti, 1920 Old Tustin Avenue, Santa Ana |
| 14127230 | + | Chrysler Financial, 4600 Touchton Road, Suite 400, Jacksonville, FL 32246-8299 |
| 14127236 | + | Peoples TW Phillips Gas, 205 North Main Street, Butler, PA 16001-4904 |
| 14127237 | + | US Bank, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14142086 | + | US Bank, National Association, not in its individu, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14127231 | | Email/Text: ebn@vativrecovery.com | Feb 24 2021 03:19:00 | Hellig Meyers, c/o Palisades Collections, P.O. Box 40728, Houston, TX 77240-0728 |
| 14127232 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | Internal Revenue Service, P.O. Box 21125, Philadelphia, PA 19114 |
| 14127233 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2021 03:21:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14127234 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2021 03:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14976139 | + | Email/Text: bknotices@snsc.com | Feb 24 2021 03:22:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14127238 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:38:36 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 14127239 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2021 03:20:00 | Walmart & GE Capital Retail Bank, c/o Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank, National Association, Et Al... |
| 14127235 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14129959 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Andrew F Gornall
on behalf of Creditor US Bank National Association, Et Al... andygornall@latouflawfirm.com

Brian Nicholas
on behalf of Creditor US Bank National Association, Et Al... bnicholas@kmllawgroup.com

Brian E. Caine
on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Kenneth Steidl
on behalf of Joint Debtor Sarah M. Brank julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Roger M. Brank julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Matthew John McClelland
on behalf of Creditor US Bank National Association, Et Al... bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8