**Fill in this information to identify the case:**

Debtor 1: Roger M. Brank

Debtor 2: Sarah M. Brank
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 15-23890-GLT

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 8 8

**Property address:** 155 High Street
Number    Street

Avonmore    PA    15618
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/____/_____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **Roger M. Brank** _____
First Name   Middle Name   Last Name

Case number (*if known*) __15-23890-GLT__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Richard Postiglione
Signature

Date 02/22/2021

Print   **Richard Postiglione**
First Name   Middle Name   Last Name

Title _____

Company   **Friedman Vartolo LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   **85 Broad Street, Suite 501**
Number   Street

**New York**   **NY**   **10004**
City   State   ZIP Code

Contact phone (**212**) **471** – **5100**

Email **bankruptcy@friedmanvartolo.com**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
IN RE:  :  CASE NO.: 15-23890-GLT
:
:  CHAPTER: 13
Roger M. Brank  :
*fdba Brank Construction*  :  HON. JUDGE.: Gregory L. Taddonio
:
Sarah M. Brank,  :
:
Debtor(s).  :
:
---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On February  26 , 2021, I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Richard Postiglione
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

## SERVICE LIST

Roger M. Brank
*fdba Brank Construction*
155 High Street
Avonmore, PA 15618
**Debtor**

Sarah M. Brank
155 High Street
Avonmore, PA 15618
**Joint Debtor**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
**Debtor's Attorney**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee**

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
**Asst. U.S. Trustee**